**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| OLIVIA SAMUEL, §<br>　　　　Plaintiff, §<br>§<br>v. §<br>§<br>EXPERIAN INFORMATION SOLUTIONS, §<br>INC., TRANS UNION, LLC, and EQUIFAX §<br>INFORMATION SERVICES LLC, §<br>　　　　Defendants. § | Civil Action No. 4:25-cv-02619 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Steven J. Owens and Erika Medina of Kasowitz LLP, hereby appear in the above-captioned case as attorneys on behalf of Experian Information Solutions, Inc., and request that all notices given or required to be given and all papers served in this case be delivered to and served upon them.

DATED: June 4, 2026　　　　　Respectfully submitted,

KASOWITZ LLP

By:　*/s/ Steven J. Owens*
　　Steven J. Owens
　　Texas State Bar No. 24098212
　　SDTX Fed. Bar No. 3504157
　　SOwens@kasowitz.com
　　Erika Medina
　　Texas State Bar No. 24121006
　　SDTX Fed. Bar No. 3674536
　　EMedina@kasowitz.com
　　1415 Louisiana Street, Suite 2100
　　Houston, TX 77002
　　(713) 220-8800
　　(713) 222-0843 (fax)

　*Attorneys for Defendant*
　*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2026, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.  I further certify that a true and correct copy of the foregoing document was served on Plaintiff, proceeding *pro se*, via U.S.P.S. First-Class Mail and/or email to:

Olivia Samuel
19606 Green Oasis Ct.
Katy, Texas 77449

*/s/ Steven J. Owens*
Steven J. Owens