**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| OLIVIA SAMUEL, | Civil Action No.  4:25-cv-2619 |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al*., | |
| Defendants. | |

## MOTION TO WITHDRAW THE APPEARANCE OF STEVEN R. ZAHN

Pursuant to Local Civil Rule 83.2, the undersigned, Steven R. Zahn, respectfully requests to withdraw as counsel for Defendant Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to other counsel for representation and service as lead counsel. Steven J. Owens and Erika Medina of Kasowitz LLC, who are admitted to this Court, have entered an appearance as counsel for Experian.  Their contact information is:

Steven J. Owens
Kasowitz LLP
1415 Louisiana Street, Suite 2100
Houston, TX  77002
Telephone: 713-220-8800
Facsimile: 713-222-0843

Erika Medina
Kasowitz LLP
1415 Louisiana Street, Suite 2100
Houston, TX  77002
Telephone: 713-220-8800
Facsimile: 713-222-0843

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A**.

Dated: June 9, 2026                    Respectfully submitted,

                                       /s/ Steven R. Zahn
                                       Steven R. Zahn
                                       Virginia State Bar No. 43332
                                       Southern District Bar No. 1171830
                                       TROUTMAN PEPPER LOCKE LLP
                                       222 Central Park Avenue, Suite 2000
                                       Virginia Beach, VA 23462
                                       Email: steve.zahn@troutman.com
                                       Tel: 757-687-7589
                                       Fax: 757-687-7510

                                       *Counsel for Defendant, Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I served a copy by U.S. Mail and email upon:

Olivia Samuel
19606 Green Oasis Ct.
Katy, TX 77449
*Pro Se Plaintiff*

                                       /s/ Steven R. Zahn
                                       Steven R. Zahn

2

330382798