**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| OLIVIA SAMUEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>*et al*.,<br><br>　　　　　　Defendants. | Civil Action No.  4:25-cv-2619 |

## AMENDED MOTION TO WITHDRAW THE APPEARANCE OF STEVEN R. ZAHN

Pursuant to Local Civil Rule 83.2, the undersigned, Steven R. Zahn, respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian"), in this matter, effective June 12, 2026 or later. This case has been transferred to other counsel for representation and service as lead counsel affective June 12, 2026. Steven J. Owens and Erika Medina of Kasowitz LLC, who are admitted to this Court, have entered an appearance as local counsel for Experian.  Their contact information is:

Steven J. Owens
Kasowitz LLP
1415 Louisiana Street, Suite 2100
Houston, TX  77002
Telephone: 713-220-8800
Facsimile: 713-222-0843

Erika Medina
Kasowitz LLP
1415 Louisiana Street, Suite 2100
Houston, TX  77002
Telephone: 713-220-8800
Facsimile: 713-222-0843

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A**.

Dated: June 10, 2026

Respectfully submitted,

/s/ Steven R. Zahn

Steven R. Zahn
Virginia State Bar No. 43332
Southern District Bar No. 1171830
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Email: steve.zahn@troutman.com
Tel: 757-687-7589
Fax: 757-687-7510

*Counsel for Defendant, Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I caused the foregoing document to be filed with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel

of record. I further certify that I served a copy by U.S. Mail and email upon:

Olivia Samuel
19606 Green Oasis Ct.
Katy, TX 77449
*Pro Se Plaintiff*

/s/ Steven R. Zahn

Steven R. Zahn

330382798