United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| OLIVIA SAMUEL,<br><br>            Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>*et al*.,<br><br>            Defendants. | Civil Action No.  4:25-cv-2619 |

**ORDER ON AMENDED MOTION TO WITHDRAW**
**THE APPEARANCE OF STEVEN R. ZAHN**

The Amended Motion to Withdraw the Appearance of Steven R. Zahn as Counsel  for Experian  Information  Solutions, Inc., is  granted.  (Docket Entry No.  47).  Steven R. Zahn is withdrawn as counsel for Experian in this case.

Dated:   June 11, 2026

_____
Lee H. Rosenthal
Senior United States District Judge