**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Olivia Samuel

v.                                                    Case Number: 4:25−cv−02619

Experian Information Solutions, Inc., et
al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/25/2026

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Settlement Conference

Date: June 23, 2026

Nathan Ochsner, Clerk
by C. Felchak, Deputy Clerk