UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## **Motion and Order for Admission *Pro Hac Vice***

| Division | Houston | Case Number | 4:25-cv-02619 |
|---|---|---|---|
| Olivia Samuel | | | |
| *versus* | | | |
| Experian Information Solutions, Inc. et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel J. Hayes<br>Venable LLP<br>227 W. Monroe Street, Suite 1900<br>Chicago, IL 60606<br>312-820-3434<br>DJHayes@Venable.com<br>IL Bar No. 6243089 |
|---|---|

| Name of party applicant seeks to appear for: | Experian Information Solutions, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____ ✔ _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   6/23/2026 | Signed:                /s/ Daniel J. Hayes |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____

United States District Judge