United States District Court
Southern District of Texas

**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-02619 |
|---|---|---|---|

| Olivia Samuel |
|---|

| *versus* |
|---|

| Experian Information Solutions, Inc. et al. |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel J. Hayes<br>Venable LLP<br>227 W. Monroe Street, Suite 1900<br>Chicago, IL 60606<br>312-820-3434<br>DJHayes@Venable.com<br>IL Bar No. 6243089 |
|---|---|

| Name of party applicant seeks to appear for: | Experian Information Solutions, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   6/23/2026 | Signed:                    /s/ Daniel J. Hayes |
|---|---|

| The state bar reports that the applicant's status is:   active and authorized to practice. |
|---|
| Dated:   6/23/2026 | Clerk's signature   *Glenda Hassan* |

| **Order** |
|---|

Dated: ____6/23/2026____

**This lawyer is admitted *pro hac vice*.**

*Lee H. Rosenthal*
_____
United States District Judge