**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| OLIVIA SAMUEL, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:25-cv-02619 |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC.; TRANSUNION LLC; and EQUIFAX | § | |
| INFORMATION SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF SETTLEMENT

Defendant EQUIFAX INFORMATION SERVICES LLC, by its attorneys, hereby notifies the Court that Plaintiff and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Equifax. Plaintiff therefore requests that the Court vacate all pending deadlines in this matter as to Equifax. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

326818145v.1

-2-

DATED:  June 29, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Jennifer R. Brooks*
    Jennifer R. Brooks, Bar No. 24103791
    SDTX Bar No.: 3122661
    jrbrooks@seyfarth.com
    SEYFARTH SHAW LLP
    2323 Ross Avenue, Suite 1660
    Dallas, Texas  75201
    Telephone:  (469) 608-6730

*Counsel for Defendant*
*Equifax Information Services LLC*

326818145v.1

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 29, 2026, I presented the foregoing NOTICE OF SETTLEMENT to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

OLIVIA SAMUEL, *plaintiff pro se*
19606 GREEN OASIS CT
KATY TX 77449-2671

*/s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

326818145v.1